**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT A. DANIELS, ) | |
|         Plaintiff, ) | Case No. 2:11-cv-00298-ECR-GWF |
| vs. ) | **ORDER** |
| MARC S. JENSON, et al., ) | |
|         Defendants. ) | |

      This matter comes before the Court on Plaintiff's Motion to Extend Time to Serve Defendant Nelson (# 16), filed on August 5, 2011.

      Plaintiff requests additional time to serve Defendant Paul J. Nelson. Plaintiff's original attempt to serve Defendant Nelson, on April 19, 2011, failed because Mr. Nelson refused acceptance of service due to a typographical error on the pleadings naming Defendant Nelson, as "John J. Nelson," instead of "Paul J. Nelson." Subsequently, Defendants Bond and JD Medical filed a Motion to Dismiss (#9).

      Plaintiff has not yet sought leave to amend the typographical error on original Complaint. Plaintiff states he will seek leave to amend his complaint after the Motion to Dismiss has been decided. As a result, Plaintiff requests the Court extend the time for service of process for an appropriate period of time.

      Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff diligently attempted serve of process on Defendant Nelson, but due to the typographical error, Plaintiff was unable to complete such service. In light of that and the pending Motion to Dismiss, the Court finds Plaintiff has shown good cause for an extension. Accordingly,

**IT IS SO ORDERED** that Plaintiff's Motion to Extend Time to Serve Defendant Nelson (#16), is **granted**. Plaintiff shall have **thirty** (30) days from the date the amended complaint is filed with the Court to effectuate service on Defendant Nelson.

DATED this 8th day of August, 2011.

_George Foley Jr._
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE