# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. DANIELS, | ) |
| Plaintiff, | ) Case No. 2:11-cv-00298-ECR-CWH |
| vs. | ) **ORDER** |
| MARC S. JENSON, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on the law firm of Shumway Van & Hansen, Chtd.'s Motion to Withdraw as Attorneys of Record (Dkt. #26), filed May 2, 2012.

Attorneys Michael C. Van and Robert A. Ryan of the law firm of Shumway Van & Hansen request leave of Court to withdraw as counsel of record for Defendant Marc S. Jenson, Karen Horton Bond, and JD Medical Holdings, Inc. The motion represents that counsel has had difficulty contacting or otherwise communicating with their clients. In fact, counsel states that they are unable to even discuss the current status of the case, and thus cannot adequately represent Defendants. Further, Defendants have failed to pay the attorney's fees and costs incurred by counsel.

Pursuant to Local Rule IA 10-6(b), "[n]o attorney may withdraw after appearing in a case except by leave of court after notice has been served on the affected client and opposing counsel." The motion contains a certificate of mailing to all three affected parties at their last known addresses. Further, the movant establishes good cause for the withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that the law firm of Shumway Van & Hansen, Chtd.'s Motion to Withdraw as Attorneys of Record (Dkt. #26) is **granted**. Attorneys Michael C. Van and Robert A.

Ryan shall no longer represent Defendants in this matter.

**IT IS FURTHER ORDERED** that Defendants shall have until **May 24, 2012**, to advise the Court if they will retain new counsel. While Defendants Marc S. Jenson and Karen Horton Bond may choose to retain new counsel or proceed *in proper* person, Defendant JD Medical Holdings, Inc. must retain new counsel if it intends to continue to litigate this matter. A corporation may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of the Court shall:

1. Add the last known address of Defendant Marc S. Jenson to the civil docket:

   **Marc S. Jenson**
   **c/o Brent Burningham, Esq.**
   **Burningham Business Law**
   **563 W. 500 South, Suite 240**
   **Bountiful, UT 84010**.

2. Add the last known address of Defendant Karen Horton Bond to the civil docket:

   **Karen Bond**
   **850 E. 930 N.**
   **Pleasant Grove, UT 84062-1955.**

3. Add the last known address of Defendant JD Medical Holdings, Inc. to the civil docket:

   **JD Medical Holdings, Inc.**
   **9382 S. 670 W.**
   **Sandy, UT 84070.**

4. Serve Defendants with a copy of this order at their last known addresses listed above.

DATED this 3rd day of May, 2012.

_____
**C.W. HOFFMAN, JR.**
**UNITED STATES MAGISTRATE JUDGE**