AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Robert A. Daniels,

          Plaintiff,

**DEFAULT JUDGMENT IN A CIVIL CASE**

V.

Marc S. Jenson, et al,

Case Number: 2:11-cv-00298-JCM-CWH

          Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that defendant Marc S. Jenson's answer be STRICKEN.

Default Judgment is hereby entered in favor of Plaintiff Robert A. Daniels and against Defendant Marc S. Jenson.

April 2, 2013

Date

/s/ Lance S. Wilson

Clerk

/s/ Molly Morrison

(By) Deputy Clerk