# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT A. DANIELS,

       Plaintiff(s),

v.

MARC S. JENSON, et al.,

       Defendant(s).

2:11-CV-298 JCM (CWH)

**ORDER**

Presently before the court is plaintiff Robert A. Daniels' motion for default judgment against defendant Marc S. Jenson pursuant to Fed. R. Civ. P. 55(b)(2). (Doc. # 82).

Though plaintiff's instant motion requests that the court grant default judgment against defendant Jenson, the court already entered default judgment against this defendant on April 2, 2013. (Doc. # 74). Therefore, the court shall order that plaintiff prepare and submit an appropriate proposed judgment.

Accordingly,

IT IS HEREBY ORDERED ADUDGED AND DECREED that plaintiff's motion for default judgment (doc. # 82) be, and at the same time hereby is, DENIED as moot.

IT IS FURTHER ORDERED that plaintiff prepare and submit an appropriate judgment within seven days of the entry of this order.

DATED March 4, 2014.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**