# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBERT A. DANIELS,

        Plaintiff(s),

v.

MARC S. JENSON, et al.,

        Defendant(s).

2:11-CV-298 JCM (CWH)

## ORDER

Presently before the court is plaintiff Robert A. Daniels' motion for default judgment against defendant JD Medical Holdings, Inc. pursuant to Fed. R. Civ. P. 55(b)(2). (Doc. # 83).

Though plaintiff's instant motion requests that the court grant default judgment against defendant JD Medical, a clerk's default was already entered against this defendant on February 7, 2014. (Doc. # 65). Therefore, the court shall order that plaintiff prepare and submit an appropriate proposed judgment.

Accordingly,

IT IS HEREBY ORDERED ADUDGED AND DECREED that plaintiff's motion for default judgment (doc. # 83) be, and at the same time hereby is, DENIED as moot.

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that plaintiff prepare and submit an appropriate judgment
2 within seven days of the entry of this order.
3   DATED March 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -