JOHN W. THOMSON, ESQ.
Nevada Bar No.: 5802
LAW OFFICE OF JOHN W. THOMSON, ESQ.
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Telephone No.: (702) 478-8282
Facsimile No.: (702) 541-9500
Email: johnwthomson@ymail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. DANIELS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MARC S. JENSON, an individual; PAUL J. NELSON, an individual; KAREN HORTON BOND, an individual; and JD MEDICAL HOLDINGS, INC., a Utah corporation; and DOE Individuals and Roe Entities 1-10,<br><br>Defendants. | Case No.: 2:11-CV-00298-ECR-CWA<br><br>**JUDGMENT AGAINST MARC S. JENSON** |

This matter having come before the Court upon the Application for Judgment by Default Against Marc S. Jenson filed by John W. Thomson, Esq. of the Law Office of John W. Thomson, Esq., attorney for Plaintiff, the Court having considered all of the pleadings and proceedings herein, the Court finding that the Plaintiff, Robert A. Daniels, is entitled to Judgment, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff, Robert A. Daniels, and against Defendant, Marc S. Jenson, for breach of contract, breach of implied covenant of good faith and fair dealing, breach of fiduciary duties, unjust enrichment, fraud, fraudulent conveyance and conversion in the principal amount of SIX HUNDRED FIFTY FOUR THOUSAND FORTY ONE DOLLARS ($654,041.00) together with

- 1 -

1  interest thereon at the statutory rate per annum from November 1, 2010 until paid, plus punitive
2  and exemplary treble damages for fraud, fraudulent conveyance and conversion of ONE MILLION
3  NINE HUNDRED SIXTY-TWO THOUSAND AND ONE HUNDRFED TWENTY THREE
4  DOLLARS ($1,962,123.00) for a total judgment amount of TWO MILLION SIX HUNDRED
5  SIXTEEN THOUSAND ONE HUNDRED SIXTY FOUR DOLLARS ($2,616,164.00) together
6  with interest thereon at the statutory rate per annum from the date hereof until paid, plus legal filing
7
8  and service fees and costs of suit in the amount to be submitted, and reasonable attorney's fees as
9  consequential damages.
10      IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECRFEED that Defendant,
11  Jenson, and his successor(s) in interest, and any person or entity in possession of the corporate
12  documents, business records, intellectual property rights and financial records of JD Medical
13  Holdings, Inc., tender to Plaintiff within 30 days, at no cost to Plaintiff, copies of all corporate
14
15  documents and business records from May 20, 2002 until the present of JD Medical Holdings, Inc.,
16  including but not limited to bank and financial statements, corporate books and records, contracts,
17  stock certificates, agreements, conveyances, encumbrances, business records and that a full
18  accounting of JD Medical Holdings, Inc.'s finances be tendered to Plaintiff at no cost to Plaintiff.
19      IT IS HEREBY FURTHER ORDERED ADJUDGED AND DECREED that Defendant,
20  and his successor(s) in interest, convey to Plaintiff, Robert A. Daniels, 50% of all stock certificates
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

- 2 -

1  and ownership rights and documents of JD Medical Holdings, Inc., including any and all
2  intellectual property rights now or in the past belonging to JD Medical Holdings, Inc.

4    DATED March 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

    */s/ John W. Thomson*_____
JOHN W. THOMSON, ESQ.
Nevada Bar No.: 5802
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Attorney for Plaintiff