JOHN W. THOMSON, ESQ.
Nevada Bar No.: 5802
LAW OFFICE OF JOHN W. THOMSON, ESQ.
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Telephone No.: (702) 478-8282
Facsimile No.: (702) 541-9500
Email: johnwthomson@ymail.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT A. DANIELS, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARC S. JENSON, an individual; PAUL J. NELSON, an individual; KAREN HORTON BOND, an individual; and JD MEDICAL HOLDINGS, INC., a Utah corporation; and DOE Individuals and Roe Entities 1-10,<br><br>　　　　　　Defendants. | Case No.: 2:11-CV-00298-ECR-CWA<br><br>**JUDGMENT AGAINST JD MEDICAL HOLDINGS, INC.** |

This matter having come before the Court upon the Application for Judgment by Default Against JD Medical Holdings, Inc. filed by John W. Thomson, Esq. of the Law Office of John W. Thomson, Esq., attorney for Plaintiff, the Court having considered all of the pleadings and proceedings herein, the Court finding that the Plaintiff, Robert A. Daniels is entitled to Judgment, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment be entered in favor of Plaintiff, Robert A. Daniels and against Defendant, JD Medical Holdings, Inc., in the principal amount of SIX HUNDRED FIFTY FOUR THOUSAND AND FORTY ONE DOLLARS ($654,041.00) together with the interest thereon at the statutory rate per annum from November 1, 2010 until paid, plus punitive and exemplary treble damages of ONE MILLION NINE HUNDRED

SIXTY TWO THOUSAND AND ONE HUNDRED TWENTY THREE DOLLARS ($1,962,123.00) for a total judgment amount of TWO MILLION SIX HUNDRED SIXTEEN THOUSAND ONE HUNDRED SIXTY FOUR DOLLARS ($2,616,164.00) together with interest thereon at the statutory rate per annum from the date hereof until paid, plus legal filing and service fees and costs of suit in the amount to be submitted, and reasonable attorney's fees as consequential damages.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, JD Medical Holdings, Inc., and its successor(s) in interest, and any person or entity in possession of the corporate documents, business records, intellectual property rights and financial records of JD Medical Holdings, Inc., tender to Plaintiff within 30 days, at no cost to Plaintiff, copies of all corporate documents and business records from May 20, 2002 until the present of JD Medical Holdings, Inc., including but not limited to bank and financial statements, corporate books and records, contracts, stock certificates, agreements, conveyances, encumbrances and all business records and that a full accounting of JD Medical Holdings, Inc.'s finances be tendered to Plaintiff at no cost to Plaintiff.

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that Defendant, and its successor(s) in interest, convey to Plaintiff, Robert A. Daniels, 50% of all stock certificates and ownership rights and documents of JD Medical Holdings, Inc., including any and all

///

///

///

///

///

///

///

intellectual property rights now or in the past belonging to JD Medical Holdings, Inc.

     DATED March 13, 2014.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

    */s/ John W. Thomson*_____
JOHN W. THOMSON, ESQ.
Nevada Bar No.: 5802
2450 St. Rose Parkway, Suite 120
Henderson, NV 89074
Attorney for Plaintiff